# Exhibit 4



**CLAIM CHART COMPARING US. PATENT NO. D985,513S (the '513 patent) WITH DEFENDANTS' REPRESENTATIVE PRODUCTS**

| Plaintiff's Patent # 985,513 | Defendants' Representative Products |
|---|---|
| Fig.1 of Pat. 513' | |
| Fig.2 of Pat. 513' | |

1



FIG.3

Fig. 3 of Pat. 513'

FIG.4

Fig. 4 of Pat. 513'



FIG.9

Fig. 9 of Pat. 513'

U.S. Patent     May 9, 2023     Sheet 8 of 13     US D985,513 S

FIG.10

Fig. 10 of Pat. 513'

3